**JAMES E. MURPHY, ESQ.**
Nevada Bar No. 8586
**LAXALT & NOMURA, LTD.**
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
jmurphy@laxalt-nomura.com

*Attorneys for Plaintiff Walter Rausch*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WALTER RAUSCH, | Case No.: 2:10-cv-00412-KJD-VCF |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| WORLD SERIES OF GOLF, INC., a Nevada Corporation, and DOES I through X and ROES I through X, inclusive, | |
| Defendants. | |

Accordingly, based upon the Findings of Fact and Conclusion of Law contained in this Court's Order dated September 27, 2011 (herein DOCUMENT NUMBER 23) **IT IS HEREBY ORDERED , ADJUDGED AND DECREED** in accordance with Federal Rule of Civil Procedure 55, that Plaintiff WALTER RAUSCH recover of and from Defendant, WORLD SERIES OF GOLF, INC. as follows:

THE PRINCIPAL SUM OF $46,750, TOGETHER WITH CORRECT INTEREST OF 5.25% ÷ 365 DAYS IN A YEAR x 575 (NUMBER OF DAYS SINCE 04/02/10 SERVICE OF SUMMONS AND COMPLAINT) = PRE-JUDGMENT INTEREST IN THE AMOUNT OF $ 3,866.48.

THE PRINCIPAL SUM OF $46,750 x 5.25 percent *per anum* accruing on the judgment until it is paid or satisfied as POST JUDGMENT INTEREST.  This rate is to be reviewed and possibly changed each January 1 and July 1 to reflect an accrual to be the "legal" rate which is

two percent above the prime rate. *See* NRS99.040. The Judgment should be amended or altered to reflect that post-judgment interest accrues at the legal rate of interest, which at the time, is 5.25 percent, *per anum*.

IT IS THEREFORE SO ORDERED.

DATED this __2__ day of __November__, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
6720 VIA AUSTI PARKWAY
SUITE 430
LAS VEGAS, NEVADA 89119