# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WALTER RAUSCH,

    Plaintiff,

v.

WORLD SERIES OF GOLF, INC.,

    Defendant.

Case No. 2:10-CV-00412-KJD-VCF

**ORDER**

    Presently before the Court is Plaintiff's Application for Fees and Costs (#30). Though the time for doing so has passed, Defendant has failed to file a response in opposition to this motion. On September 27, 2011, the Court granted (#23) Plaintiff's motion to enforce the settlement agreement. In that order, the Court awarded Plaintiff its costs and fees in connection with bringing the motion to enforce the settlement agreement and ordered Plaintiff to make application for attorneys fees and costs in accordance with Local Rule 54-16.

    The Court finds the fees charged reasonable in light of the issues, nature and duration of this case. Furthermore, the hourly rates charged by the individual attorneys are reasonable and customary for attorneys with similar experience undertaking similar work in Las Vegas, Nevada. The lack of opposition signifies Defendant's consent on these issues, in accordance with Local Rule 7-2(d).

Therefore, the Court grants Plaintiff's motion for attorneys fees and costs in the amount of $3,796.76. As stated in the Court's Order (#23), this amount will be included in the amended judgment.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application for Fees and Costs (#30) is **GRANTED**.

DATED this 16th day of April 2012.

_____
Kent J. Dawson
United States District Judge