# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WALTER RAUSCH,<br><br>　　　Plaintiff,<br><br>v.<br><br>WORLD SERIES OF GOLF, INC.,<br><br>　　　Defendant. | Case No. 2:10-CV-00412-KJD-VCF<br><br>**AMENDED JUDGMENT** |

　　　Accordingly, based upon the Findings of Fact and Conclusion of Law contained in this Court's Order (#23) dated September 23, 2011 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** in accordance with Federal Rule of Civil Procedure 54, that Plaintiff WALTER RAUSCH recover of and from Defendant, WORLD SERIES OF GOLF, INC., as follows:

　　　THE PRINCIPAL SUM OF $46,750.00, TOGETHER WITH CORRECT INTEREST OF 5.25% ÷ 365 DAYS IN A YEAR x 575 (NUMBER OF DAYS SINCE 04/02/10 SERVICE OF SUMMONS AND COMPLAINT) = PRE-JUDGMENT INTEREST IN THE AMOUNT OF $3,866.48;

　　　THE PRINCIPAL SUM OF $46,750.00 together with POST JUDGMENT INTEREST under 28 U.S.C. § 1961 which mandates that interest be allowed on any money judgment in a civil case recovered in a district court . . . Such interest shall be calculated from the date of entry of the

judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment. That rate is currently .10%.

PLAINTIFF WALTER RAUSCH IS AWARDED $3,775.00 ATTORNEY'S FEES AND $21.76 COSTS.

DATED this 16th day of April 2012.

_____
Kent J. Dawson
United States District Judge