**JAMES E. MURPHY, ESQ.**
Nevada Bar No. 8586
**LAXALT & NOMURA, LTD.**
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
jmurphy@laxalt-nomura.com

*Attorneys for Plaintiff Walter Rausch*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WALTER RAUSCH,<br><br>        Plaintiff,<br>vs.<br><br>WORLD SERIES OF GOLF, INC., a Nevada Corporation, and DOES I through X and ROES I through X, inclusive,<br><br>        Defendants. | Case No.: 2:10-cv-00412-KJD-VCF<br><br>**ORDER** |

The Order to Show Cause hearing was held on April 26, 2012 before Judge Kent J. Dawson. James E. Murphy, Esq. appeared on behalf of Mr. Walter Rausch. No one in attendance for Defendant World Series of Golf, Inc. The Court makes findings for the record that Defendants are in civil contempt. Consistent with the Report and Recommendations of Judge Ferenbach. Defendants will be sanctioned $500 per day until a representative of Defendant appears at a judgment debtor examination. Defendants will be further fined $2000 for failure to abide by Court orders. The Civil contempt will continue until defendant purges the contempt. After consultation with Magistrate Judge Ferenbach's office,

LAXALT & NOMURA, LTD
ATTORNEYS AT LAW
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119

IT IS ORDERED that the Judgment Debtor Exam is set for May 8, 2012 at 1:00 p.m. in LV Courtroom 3A before Magistrate Judge Ferenbach.

DATED: 4/27/12

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

LAXALT & NOMURA, LTD.

_____
JAMES E. MURPHY, ESQ.,
Nevada Bar No. 8586
6720 Via Austi Parkway, Suite 430
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*